STATE OF NORTH CAROLINA v. TONY RAY McGIRT

No. 198A96

(Filed 7 March 1997)

Appeal by defendant pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, 122 N.C. App. 237, 468 S.E.2d 833 (1996), affirming a judgment entered by Ellis (B. Craig), J., on 20 April 1995 in Superior Court, Scotland County. On 5 September 1996 this Court retained defendant's notice of appeal as to a substantial constitutional question pursuant to N.C.G.S. § 7A-30(1). Heard in the Supreme Court 12 February 1997.

*Michael F. Easley, Attorney General, by William B. Crumpler, Assistant Attorney General, for the State.*

*Doran J. Berry and Ronnie M. Mitchell for defendant-appellant.*

*American Civil Liberties Union of North Carolina Legal Foundation, by Deborah K. Ross, amicus curiae.*

PER CURIAM.

Justices Webb, Whichard, Parker and Lake voted to affirm the decision of the Court of Appeals for the reasons stated in the majority opinion by Greene, J. Chief Justice Mitchell and Justices Frye and Orr voted to reverse the decision of the Court of Appeals for the reasons stated in the dissenting opinion by Smith, J. Accordingly, the decision of the Court of Appeals is affirmed.

AFFIRMED.